UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| **CONNER SLEVIN,** | * | |
| an individual, | * | |
| | * | |
| PLAINTIFF, | * | |
| v. | * | |
| | * | **Case No. 3:23-CV-00264-YY** |
| **PORTLAND FOUR INVESTORS, LLC,** | * | |
| a limited liability company, | * | |
| | * | MOTION FOR ORDER ALLOWING |
| DEFENDANT. | * | ATTORNEY WITHDRAWAL |
| | * | |

Comes now counsel for Plaintiff, Jessica Molligan, and moves this Court, pursuant to LR 83-11, for an Order allowing her to withdraw from representation. Mr. Slevin has fired Jessica Molligan and does not wish her to represent him any longer.

I have tried to confer with opposing counsel but he is on vacation until August 12, 2024.

Mr. Slevin's contact information is:

Conner Slevin
7051 NE 7th Place
Portland, OR  97211
Cslevin7@gmail.com
(503) 613-6867


Dated this August 1, 2024.                                          /s/ Jessica Molligan
                                                                    Jessica Molligan, OSB #001823

CERTIFICATE OF SERVICE

I have sent the foregoing Motion to the following:

Conner Slevin
Cslevin7@gmail.com

Joseph Mabe
joe@sapientlaw.com

Dated this August 1, 2024                            /s/ Jessica Molligan
                                                     Jessica Molligan